IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HOLGER FIALLO,<br><br>                Plaintiff,<br><br>  v.<br><br>L'ORÉAL USA, INC. DBA BAXTER OF CALIFORNIA,<br><br>                Defendant. | Civil Action No. 1:20-cv-05157 |

## **STIPULATION FOR DISMISSAL**

Plaintiff, HOLGER FIALLO, and Defendant, L'ORÉAL USA, INC. DBA BAXTER OF CALIFORNIA, by and through their undersigned counsel, hereby stipulate that:

1. This action shall be DISMISSED, with prejudice, as between all parties, and;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: July 27, 2021

| | |
|---|---|
| NYE STIRLING, HALE & MILLER, LLP | LITTLER MENDELSON, P.C. |
| By:   */s/ Benjamin J. Sweet*<br>Benjamin J. Sweet, Esq.<br>ben@nshmlaw.com<br>1145 Bower Hill Road, Ste 104<br>Pittsburgh, Pennsylvania 15243 | By:   */s/ Kendell R. Coates*<br>Kendell R. Coates, Esq.<br>kcoates@littler.com<br>321 North Clark Street, Ste 1100<br>Chicago, IL 60654 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

-2-

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 27th day of July, 2021.

                                              */s/ Benjamin J. Sweet*
                                               Benjamin J. Sweet