# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Holger Fiallo

Plaintiff,

v.

L'Oral USA, Inc

Defendant.

Case No.: 1:20−cv−05157
Honorable John Z. Lee

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 29, 2021:

MINUTE entry before the Honorable John Z. Lee: Pursuant to the parties' stipulation of dismissal [15] and Fed. R. Civ. P. 41(a)(1)(A), this case is hereby dismissed, with prejudice, with each side to bear its own fees and costs. Civil case terminated. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.